

# NUMBER 13-21-00280-CR

# COURT OF APPEALS THIRTEENTH

# DISTRICT OF TEXAS CORPUS

# CHRISTI - EDINBURG

**DEVON KEITH DEBORD,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 24th District Court
### of Goliad County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This appeal was set for oral argument on November 3, 2022. Appellant Devon Debord has filed an unopposed motion to postpone oral argument. Among the reasons provided, appellant's counsel states that she "is currently subject to a grievance that stems from this case, which has created a conflict." She asks the Court "to postpone arguments

pending the resolution of said grievance, which is expected to be after the new year."

It is unclear to the Court whether this "conflict" means a "conflict of interest," and if so, how that bears on counsel's representation of appellant. Accordingly, the Court grants the motion to postpone, abates the appeal, and remands the case to the trial court to conduct a hearing. Within thirty (30) days of this order, the trial court is ordered to conduct a hearing and issue findings of fact and conclusions of law on whether a conflict of interest has arisen that would require appellant to obtain new counsel. If such a conflict exists and it has not been effectively waived by appellant, the trial court should either order appellant to retain new counsel within a reasonable time or appoint new counsel if appellant cannot afford to do so. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. Finally, the Goliad County District Clerk is ordered to supplement the appellate record with the trial court's findings and conclusions, as well as any other filings or orders pertaining to this issue.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
25th day of October, 2022.

2